**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:
Gary Steen                                                         Case No. 13-09450-RCT
AKA: Gary N Steen
Debtor(s)
_____/


**TRUSTEE'S NOTICE TO
COURT OF COMPLETION
OF PAYMENTS UNDER CONFIRMED
CHAPTER 13 PLAN AND DEBTOR'S COMPLIANCE
WITH COURT'S ORDER TO FILE THE DOMESTIC SUPPORT
CERTIFICATION INCLUDING STATEMENT REGARDING 11 U.S.C. § 522 (q)**

   Kelly Remick, Chapter 13 Standing Trustee, hereby submits her notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) may be entitled to their Discharge if all other requirements have been met.


   Dated September 28, 2018.

                                        /s/ Kelly Remick
                                        Kelly Remick
                                        Chapter 13 Standing Trustee
                                        P.O. Box 6099
                                        Sun City Center, FL  33571
                                        Phone (813) 658-1165
                                        Fax (813) 658-1166

KR/dmt

Copies to:
Gary Steen
401 Belle Claire Ave.
Temple Terrace, FL  33617

Robert N. Zimmerman, Esq.
1104 N. Parsons Avenue
Ste. C
Brandon, FL  33510-